**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No: 25-cr-278 (MJD/DJF) |
| Plaintiff, | |
| v. | **ORDER ON MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS** |
| Akeen Edwine Gbor, | |
| Defendant. | |

This matter is before the Court on Defendant Akeen Edwine Gbor's First Motion for Extension of Time to File Pretrial Motions (ECF No. 19) ("Motion"). The Motion seeks to extend the August 29, 2025 pretrial motions deadline until September 15, 2025, to continue the motions hearing, and to exclude time from the Speedy Trial Act calculations in this case. As grounds for the requested continuance, defense counsel states Defendant and defense counsel have not yet had an opportunity to thoroughly review the government's disclosures and pursue plea negotiations, and that they will not be able to do so until after the expiration of the current motion filing deadline. The government does not object. The Court has reviewed the Motion (ECF No. 19) and finds good cause for the continuance.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to File Pretrial Motions (ECF No. 19) is **GRANTED** as follows:

1. Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **September 15, 2025**.

2. **Counsel must electronically file a letter on or before September 15, 2025, if no motions will be filed and there is no need for hearing**.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **September 29, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses must be filed by **October 2, 2025**, in accordance with Local Rule 12.1(c)(3)(B).

5. The motions hearing currently scheduled for **September 25, 2025 at 12:30 p.m.** are **CANCELED**.

6. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

    a. The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

7. If required, a motions hearing will be held before Magistrate Judge Dulce J. Foster on **October 15, 2025 at 3:00 p.m.**, in **Courtroom 8E**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

8. Trial and trial-related dates will be set by separate Order.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial. This finding is based on all the files and proceedings herein, including the facts set forth in the motion and the Statement of Facts (ECF No. 20). Accordingly, the period of time from **August 29, 2025,** the prior motions deadline, through **September 15, 2025,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

Dated: August 29, 2025             *s/ Dulce J. Foster*
                                   DULCE J. FOSTER
                                   United States Magistrate Judge